NICHOLS COPPER COMPANY, Respondent, v. MAURICE E. CONNOLLY, as President of the Borough of Queens, et al., Appellants.

*Real property — title — New York city — streets — alleged offer of dedication and acceptance — action to enjoin trespass upon lands claimed by defendants to have been dedicated and accepted as city streets.*

*Nichols Copper Co.* v. *Connolly,* 208 App. Div. 667, affirmed.

(Argued March 2, 1925; decided March 31, 1925.)

APPEAL from a judgment, entered August 6, 1924, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term and directing judgment in favor of plaintiff. The action is for an injunction to restrain the defendants, their servants and agents from trespassing upon lands claimed to be owned by the plaintiff and removing or interfering with buildings or other property on said premises. Defendants claimed that the land in dispute was public streets of the city of New York, claiming an offer of dedication and acceptance.

*George P. Nicholson,* Corporation Counsel (*John F. O'Brien, Joel J. Squier, Elliot S. Benedict, Robert J. Culhane* and *Rollin H. Reid* of counsel), for appellants.

*Nathan L. Miller, Harley L. Stowell* and *Arthur W. Mattson* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ.